IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50595
Summary Calendar
_____


LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), #4501,

Plaintiff-Appellant,

versus

SAN ANTONIO RIVER AUTHORITY ET AL.,

Defendants-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC Nos. SA-95-CV-106
- - - - - - - - - -
January 23, 1996
Before HIGGINBOTHAM, DUHE' and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Appellant League of United Latin American Citizens ("LULAC")
appeals from the district court's grant of a motion for summary
judgment by the San Antonio River Authority ("SARA") and its
individual members in this voting rights case. LULAC contends that
the district court erred in holding that this case was barred by
res judicata because of a 1987 consent judgment in a previous
voting rights action filed by LULAC against SARA. We have reviewed
the record and the district court's decision and find no reversible

        [*]      Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

error.  Accordingly, we affirm for essentially the reasons given in the district court's decision.  <u>League of United Latin American Citizens #4501 v. San Antonio River Auth.</u>, No. SA-95-CA-106 (W.D. Tex. June 30, 1995).

AFFIRMED.